# EXHIBIT 1

# TO COMPLAINT



## State of California
### OFFICE OF THE SECRETARY OF STATE

Trademark Reg. No. 72343

# CERTIFICATE OF REGISTRATION OF TRADEMARK

I, MARCH FONG EU, Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant **Soofer Co. Inc., a California corporation**
Business Address **5719 West Adams Boulevard, LosAngeles, California 90016**
Date First Used in California **July, 1982**
Date First Used Anywhere **August, 1982**
Description of Trademark **the word "SADAF"**

Class No. **46**
Description of Goods on Which the Trademark is Used **processed foods, grains, seeds, dried fruits, and staple foods, rice, spices, tea, flour (see attachment)**

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.
Date of Registration **February 15, 1984**
Term of Registration Extends to and Includes **February 15, 1994**



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this

day of

15th    February, 1984

*March Fong Eu*
Secretary of State

TM-103 (REV. 1-80)



Exhibit 1
page 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jul 28 03:20:57 EDT 2015

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]
[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 5 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

**Word Mark** SADAF

**Translations** The English translation of the word "Sadaf" in the mark is "Shell".

**Goods and Services** IC 029. US 046. G & S: Processed Mung Beans, Golden Prunes, Dried Leeks, Processed Sumac Seeds, Pickled Onions, Pickled Garlic, Processed Seeds, Dried Fruits, Processed Caraway Seed, Processed Corriander Seed, Processed Chamomile Flower, Processed Cumin Seeds, Fenugreek Leaves, Chick Peas, Processed Poppy Seeds, Processed Sesame Seeds, Annab/Dranian (Dried Prunes/Dried Dates), Zereshk Dranian (Raisins), Khak Shir Sela/Iranian (Processed Seed), Processed Sonbal Tib Root, Processed Squash Seed, Processed Pumpkin Seed, Roasted Sunflower Seed, Processed Black Melon Seed, Processed Melon Seed, Processed Red Melon Seed, Processed Fava Beans, Processed Red Lentils, Roasted Pistachio, Dried Black Cherry, Dried Apricot/Turkish, Processed Edible Vegetable Seeds, Torshi Eggplant, Processed Yellow Split Peas. FIRST USE: 19820700. FIRST USE IN COMMERCE: 19820800

IC 030. US 046. G & S: Green Cardamom as a Spice, Bleached Cardamom as a Spice, Savory Leaves as a Spice, Chia (Tea), Marjoram as a Spice, Processed Grains, Basil Leaves as a Spice, Bay Leaves as a Spice, Barley, Cilantro Leaves as a Spice, Reshteh (Pasta), Tarragon Leaves as a Spice, Rice, Spices, Tea, Flour, Herbs Advieh (Herb-Mix), Ground Cardamon as a Spice, Chick Peas Flour, Cinnamon Powder, Whole Cloves, Ground Cumin as a Spice, Curry Powder, Dill Weed as a Spice, Granulated Garlic as a Spice, Sour Grape Powder, Ground Lemon Omani as a Spice, Extra Large Lemon Omani as a Spice, Mint Cut Leaves as a Spice, Granulated Onion as a Spice, Parsley Flakes, Whole or Ground Black Pepper, Rice Flour, Ghormeh Sabzi (Herb Mix), Saffron, Diced Onion as a Spice, Turmeric Powder, Allspice, Chili Powder, Cut Cinnamon as a Spice, Ground Carriander as a Spice, Gol Gavzaban (Edible Processed Flowers Used as a Spice), Rock Candy, Torshi Litteh (Herb Vinegar), Basmati Rice, Basmati Rice Maharaj, Pickled Relish, Sekanjebin (Table Syrup). FIRST USE: 19820700. FIRST USE IN COMMERCE: 19820800

**Mark Drawing Code** (1) TYPED DRAWING

**Serial Number** 73465781

**Filing Date** February 15, 1984

**Current**

*Exhibit 1 page 2*

| | |
|---|---|
| Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 25, 1984 |
| Registration Number | 1323540 |
| Registration Date | March 5, 1985 |
| Owner | (REGISTRANT) Soofer Co. Inc. CORPORATION CALIFORNIA 2828 South Alameda Street Los Angeles CALIFORNIA 90058 |
| Attorney of Record | LEWIS ANTEN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150320. |
| Renewal | 2ND RENEWAL 20150320 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 1
page 3



# State of California
## OFFICE OF THE SECRETARY OF STATE

Trademark Reg. No. 72463

# CERTIFICATE OF REGISTRATION OF TRADEMARK

I, MARCH FONG EU, Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant     Soofer Co., Inc., a California corporation

Business Address 5719 West Adams Boulevard LosAngeles, California 90016.

Date First Used in California     July, 1982
Date First Used Anywhere     August, 1982
Description of Trademark     the design of a shaded outline of a sea shell with word "SADAF" inscribed thereon in stylized letters

Class No.     46
Description of Goods on Which the Trademark is Used     processed foods, grains, seeds, dried fruits, and staple foods, rice, spices, tea, flour (see attachment)

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.
Date of Registration     February 27, 1984
Term of Registration Extends to and Includes February 27, 1994

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this

27th day of February, 1984



*March Fong Eu*
Secretary of State

TM-103 (REV. 1-80)

Exhibit 1
page 4



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jul 28 03:20:57 EDT 2015

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___   **Record 4 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



**Word Mark** SADAF

**Translations** The word "**Sadaf**" translates as "shell".

**Goods and Services**  IC 029. US 046. G & S: Processed Mung Beans, Golden Prunes, Dried Leeks, Processed Sumac Seeds, Pickled Onions, Pickled Garlic, Processed Seeds, Dried Fruits, Processed Caraway Seed, Processed Corriander Seed, Processed Chamomile Flower, Processed Cumin Seeds, Fenugreek Leaves, Chick Peas, Processed Poppy Seeds, Processed Sesame Seeds, Annab/Dranian (Dried Prunes/Dried Dates), Zereshk Dranian (Raisins), Khak Shir Sela/Iranian (Processed Seed), Processed Sonbal Tib Root, Processed Squash Seed, Processed Pumpkin Seed, Roasted Sunflower Seed, Processed Black Melon Seed, Processed Melon Seed, Processed Red Melon Seed, Processed Fava Beans, Processed Red Lentils, Roasted Pistachio, Dried Black Cherry, Dried Apricot/Turkish, Processed Edible Vegetable Seeds, Torshi Eggplant, Processed Yellow Split Peas. FIRST USE: 19820700. FIRST USE IN COMMERCE: 19820800

IC 030. US 046. G & S: Green Cardamom as a Spice, Bleached Cardamom as a Spice, Savory Leaves as a Spice, Chia (Tea), Marjoram as a Spice, Processed Grains, Basil Leaves as a Spice, Bay Leaves as a Spice, Barley, Cilantro Leaves as a Splice, Reshteh (Pasta), Tarragon Leaves as a Spice, Rice, Spices, Tea, Flour, Herbs Advieh (Herb-Mix), Ground Cardamon as a Spice, Chick Peas Flour, Cinnamon Powder, Whole Cloves, Ground Cumin as a Spice, Curry Powder, Dill Weed as a Spice, Granulated Garlic as a Spice, Sour Grape Powder, Ground Lemon Omani as a Spice, Extra Large Lemon Omani as a Spice, Mint Cut Leaves as a Spice, Granulated Onion as a Spice, Parley Flakes, Whole or Ground Black Pepper, Rice Flour, Ghormeh Sabzi (Herb Mix), Saffron, Diced Onion as a Spice, Turmeric Powder, Allspice, Chili Powder, Cut Cinnamon as a Spice, Ground Carriander as a Spice, Gol Gavzaban (Edible Processed Flowers Used as a Spice), Rock Candy, Torshi Litteh (Herb Vinegar), Basmati Rice, Basmati Rice Maharaj, Pickled Relish, Sekanjebin (Table Syrup). FIRST USE: 19820718. FIRST USE IN COMMERCE: 19820800

**Mark**

*Exhibit 1  page 5*

| Field | Value |
|---|---|
| Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 03.19.18 - Conch shells; Nautilus; Sand dollars; Scallops; Shells, including sand dollars, nautilus, conch shells and scallops |
| Serial Number | 73465783 |
| Filing Date | February 15, 1984 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 20, 1984 |
| Registration Number | 1324860 |
| Registration Date | March 12, 1985 |
| Owner | (REGISTRANT) Soofer Co. Inc. CORPORATION CALIFORNIA 2828 South Alameda Street Los Angeles CALIFORNIA 90058 |
| Attorney of Record | Lewis Anten |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150325. |
| Renewal | 2ND RENEWAL 20150325 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 1
page 6

United States Patent and Trademark Office
Case 2:15-cv-05928-SVW-JC   Document 1-1   Filed 08/06/15   Page 8 of 12   Page ID #:25
Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TSS was last updated on Tue Jul 28 03:20:57 EDT 2015

[SS Home] [New User] [Structured] [Free Form] [Browse Dict] **SEARCH OG** [Bottom] [Help] [Prev List] [Curr List] [Next List]
[1st Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___   **Record 2 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# SADAF

**Word Mark**    SADAF

**Translations**    The English translation of the wording "**sadaf**" is "shell".

**Goods and Services**    IC 029. US 046. G & S: processed hummus; processed falafel; processed tabouli; tahini; extra virgin olive oil; pomace olive oil; corn oil; canola oil; sunflower oil; grape seed oil; processed strawberry, blackberry, apricot, mango, papaya, kiwi, guava, sour cherry, orange, blueberry, quince, fig, carrot, pergamot, and cornelian cherry jams and spreads; tomato paste; lavashak, namely, fruit layers; cheese; processed olives; processed cucumber in brain; processed cucumber in vinegar; creamy eggplant in herbs and spices; processed torshi hafibijar, namely, seven vegetable pickle processed torshi sunchoke, namely, processed pickles sunchoke; processed torshi mosir, namely, processed pickles mosir; processed torshi hot pepper, namely, processed hot pepper pickles; grape leaves in brain; fried onion; processed yogurt with spinach; processed yogurt with shallot; processed yogurt withcucumbers; processed khoresht karafs, namely, celery stew; processed khoresht ghormeh sabzi, namely, herb stew; processed khoresht gheimeh, namely, split pea soup; processed khoresht fesenjan, namely, walnut stew; ash mast, namely, yogurt soup; ashjoe, namely, barley soup; ash reshteh, namely, noodle soup; ash anar, namely, pomegranate soup; grape leaves; and kishk, namely whey; processed walnuts; processed almonds; processed corn kernels; sarshir, namely, cream; and yogurt drink. FIRST USE: 19860200. FIRST USE IN COMMERCE: 19860200

IC 030. US 046. G & S: red wine vinegar; white wine vinegar; apple cider vinegar; distilled vinegar; balsamic vinegar vanilla and pistachio halvah; flavored rices, namely, processed aromatic rice, processed sweet rice, and processed wi west flavored rice; basmati rice; processed rice noodle and raisin; pomegranate molasses; honey; lavash, namely, bread; samanou, namely, processed wheat germ; kharoset spice; chicken seasoning; fish seasoning; ground meat seasoning; italian seasoning; provence herbs seasoning; mediterranean seasoning; salt; sugar; sesame candy; cookies; wafers; biscuits; petit biscuits; dried herbs for stew; bulgur; special blend tea; and wheat starch. FIRST USE 19860200. FIRST USE IN COMMERCE: 19860200

IC 031. US 001 046. G & S: raw walnuts; raw almonds; raw corn kernels; raw olives; and barley. FIRST USE: 19890100. FIRST USE IN COMMERCE: 19890100

IC 032. US 045 046 048. G & S: rose water for drinking; lime juice; lemon juice; mint water; orange blossom water; sour grape juice; and pomagranate juice. FIRST USE: 19880100. FIRST USE IN COMMERCE: 19880100

**Mark Drawing**    (1) TYPED DRAWING


Exhibit 1
page 7

| | |
|---|---|
| ımber | 76531041 |
| ling Date | July 21, 2003 |
| ırrent ısis | 1A |
| riginal ling Basis | 1A |
| ıblished r pposition | December 14, 2004 |
| ɘgistration ımber | 2930155 |
| ɘgistration ıte | March 8, 2005 |
| wner | (REGISTRANT) Soofer Company, Inc. CORPORATION CALIFORNIA 2828 South Alameda Street Los Angeles CALIFORNIA 90058 |
| ttorney of ɘcord | Amanda Soofer |
| ɿior ɘgistrations | 1323540;1324860 |
| ɾpe of Mark | TRADEMARK |
| ɘgister | PRINCIPAL |
| ffidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140625. |
| ɘnewal | 1ST RENEWAL 20140625 |
| ve/Dead dicator | LIVE |

SS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
ɿST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 1
page 8

Int. Cls.: 29, 30, 31 and 32

Prior U.S. Cls.: 1, 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,930,155
Registered Mar. 8, 2005

## TRADEMARK
## PRINCIPAL REGISTER

### SADAF

SOOFER COMPANY, INC. (CALIFORNIA CORPORATION)
2828 SOUTH ALAMEDA STREET
LOS ANGELES, CA 90058

FOR: PROCESSED HUMMUS; PROCESSED FALAFEL; PROCESSED TABOULI; TAHINI; EXTRA VIRGIN OLIVE OIL; POMACE OLIVE OIL; CORN OIL; CANOLA OIL; SUNFLOWER OIL; GRAPE SEED OIL; PROCESSED STRAWBERRY, BLACKBERRY, APRICOT, MANGO, PAPAYA, KIWI, GUAVA, SOUR CHERRY, ORANGE, BLUEBERRY, QUINCE, FIG, CARROT, BERGAMOT, AND CORNELIAN CHERRY JAMS AND SPREADS; TOMATO PASTE; LAVASHAK, NAMELY, FRUIT LAYERS; CHEESE; PROCESSED OLIVES; PROCESSED CUCUMBER IN BRAIN; PROCESSED CUCUMBER IN VINEGAR; CREAMY EGGPLANT IN HERBS AND SPICES; PROCESSED TORSHI HAFTBIJAR, NAMELY, SEVEN VEGETABLE PICKLES; PROCESSED TORSHI SUNCHOKE, NAMELY, PROCESSED PICKLES SUNCHOKE; PROCESSED TORSHI MOSIR, NAMELY, PROCESSED PICKLES MOSIR; PROCESSED TORSHI HOT PEPPER, NAMELY, PROCESSED HOT PEPPER PICKLES; GRAPE LEAVES IN BRAIN; FRIED ONION; PROCESSED YOGURT WITH SPINACH; PROCESSED YOGURT WITH SHALLOT; PROCESSED YOGURT WITH CUCUMBERS; PROCESSED KHORESHT KARAFS, NAMELY, CELERY STEW; PROCESSED KHORESHT GHORMEH SABZI, NAMELY, HERB STEW; PROCESSED KHORESHT GEIMEH, NAMELY, SPLIT PEA SOUP; PROCESSED KHORESHT FESENJAN, NAMELY, WALNUT STEW; ASH MAST, NAMELY, YOGURT SOUP; ASHJOE, NAMELY, BARLEY SOUP; ASH RESHTEH, NAMELY, NOODLE SOUP; ASH ANAR, NAMELY, POMEGRANATE SOUP; GRAPE LEAVES; AND KISHK, NAMELY, WHEY; PROCESSED WALNUTS; PROCESSED ALMONDS; PROCESSED CORN KERNELS; SARSHIR, NAMELY, CREAM; AND YOGURT DRINK, IN CLASS 29 (U.S. CL. 46).

FIRST USE 2-0-1986; IN COMMERCE 2-0-1986.

FOR: RED WINE VINEGAR; WHITE WINE VINEGAR; APPLE CIDER VINEGAR; DISTILLED VINEGAR; BALSAMIC VINEGAR; VANILLA AND PISTACHIO HALVAH; FLAVORED RICES, NAMELY, PROCESSED AROMATIC RICE, PROCESSED SWEET RICE, AND PROCESSED WILD WEST FLAVORED RICE; BASMATI RICE; PROCESSED RICE NOODLE AND RAISIN; POMEGRANATE MOLASSES; HONEY; LAVASH, NAMELY, BREAD; SAMANOU, NAMELY, PROCESSED WHEAT GERM; KHAROSHT SPICE; CHICKEN SEASONING; FISH SEASONING; GROUND MEAT SEASONING; ITALIAN SEASONING; PROVENCE HERBS SEASONING; MEDITERRANEAN SEASONING; SALT; SUGAR; SESAME CANDY; COOKIES; WAFERS; BISCUITS; PETIT BISCUITS; DRIED HERBS FOR STEW; BULGUR; SPECIAL BLEND TEA; AND WHEAT STARCH, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-0-1986; IN COMMERCE 2-0-1986.

FOR: RAW WALNUTS; RAW ALMONDS; RAW CORN KERNELS; RAW OLIVES; AND BARLEY, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 1-0-1989; IN COMMERCE 1-0-1989.

FOR: ROSE WATER FOR DRINKING; LIME JUICE; LEMON JUICE; MINT WATER; ORANGE BLOSSOM WATER; SOUR GRAPE JUICE; AND POMAGRANATE JUICE, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-0-1988; IN COMMERCE 1-0-1988.

OWNER OF U.S. REG. NOS. 1,323,540 AND 1,324,866.

THE ENGLISH TRANSLATION OF THE WORDING "SADAF" IS "SHELL".

*Exhibit 1 page 9*

Int. Cls.: 29 and 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,324,860
Registered Mar. 12, 1985

## TRADEMARK
### Principal Register



Soofer Co. Inc. (California corporation)
5719 W. Adams Blvd.
Los Angeles, Calif. 90016

For: PROCESSED MUNG BEANS, GOLDEN PRUNES, DRIED LEEKS, PROCESSED SUMAC SEEDS, PICKLED ONIONS, PICKLED GARLIC, PROCESSED SEEDS, DRIED FRUITS, PROCESSED CARAWAY SEED, PROCESSED CORRIANDER SEED, PROCESSED CHAMOMILE FLOWER, PROCESSED CUMIN SEEDS, FENUGREEK LEAVES, CHICK PEAS, PROCESSED POPPY SEEDS, PROCESSED SESAME SEEDS, ANNAB/IRANIAN (DRIED PRUNES/DRIED DATES), ZERESHK DRANIAN (RAISINS), KHAK SHIR SELA/IRANIAN (PROCESSED SEED), PROCESSED SONBAL TIB ROOT, PROCESSED SQUASH SEED, PROCESSED PUMPKIN SEED, ROASTED SUNFLOWER SEED, PROCESSED BLACK MELON SEED, PROCESSED MELON SEED, PROCESSED RED MELON SEED, PROCESSED FAVA BEANS, PROCESSED RED LENTILS, ROASTED PISTACHIO, DRIED BLACK CHERRY, DRIED APRICOT/TURKISH, PROCESSED EDIBLE VEGETABLE SEEDS,

Exhibit 1
page 10

Int. Cls.: 29 and 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,323,540
Registered Mar. 5, 1985

## TRADEMARK
Principal Register

## SADAF

Seafar Co. Inc. (California corporation)
5719 W. Adams Blvd.
Los Angeles, Calif. 90016

For: PROCESSED MUNG BEANS, GOLDEN PRUNES, DRIED LEEKS, PROCESSED SUMAC SEEDS, PICKLED ONIONS, PICKLED GARLIC, PROCESSED SEEDS, DRIED FRUITS, PROCESSED CARAWAY SEED, PROCESSED CORRIANDER SEED, PROCESSED CHAMOMILE FLOWER, PROCESSED CUMIN SEEDS, FENUGREEK LEAVES, CHICK PEAS, PROCESSED POPPY SEEDS, PROCESSED SESAME SEEDS, ANNAB/IRANIAN (DRIED PRUNES/DRIED DATES), ZERESHK IRANIAN (RAISINS), KHAK SHIR SELA/IRANIAN (PROCESSED SEED), PROCESSED SONBAL TIB ROOT, PROCESSED SQUASH SEED, PROCESSED PUMPKIN SEED, ROASTED SUNFLOWER SEED, PROCESSED BLACK MELON SEED, PROCESSED MELON SEED, PROCESSED RED MELON SEED, PROCESSED FAVA BEANS, PROCESSED RED LENTILS, ROASTED PISTACHIO, DRIED BLACK CHERRY, DRIED APRICOT/TURKISH, PROCESSED EDIBLE VEGETABLE SEEDS, TORSHI EGGPLANT, PROCESSED YELLOW SPLIT PEAS, in CLASS 29 (U.S. Cl. 46).

First use Jul. 1982; in commerce Aug. 1982.

For: GREEN CARDAMOM AS A SPICE, BLEACHED CARDAMOM AS A SPICE, SAVORY LEAVES AS A SPICE, CHIA (TEA), MARJORAM AS A SPICE, PROCESSED GRAINS, BASIL LEAVES AS A SPICE, BAY LEAVES AS A SPICE, BARLEY, CILANTRO LEAVES AS A SPICE, RESHTEH (PASTA), TARRAGON LEAVES AS A SPICE, RICE, SPICES, TEA, FLOUR, HERBS ADVIEH (HERB-MIX), GROUND CARDAMON AS A SPICE, CHICK PEAS FLOUR, CINNAMON POWDER, WHOLE CLOVES, GROUND CUMIN AS A SPICE, CURRY POWDER, DILL WEED AS A SPICE, GRANULATED GARLIC AS A SPICE, SOUR GRAPE POWDER, GROUND LEMON OMANI AS A SPICE, EXTRA LARGE LEMON OMANI AS A SPICE, MINT CUT LEAVES AS A SPICE, GRANULATED ONION AS A SPICE, PARSLEY FLAKES, WHOLE OR GROUND BLACK PEPPER, RICE FLOUR, GHORMEH SABZI (HERB MIX), SAFFRON, DICED ONION AS A SPICE, TURMERIC POWDER, ALLSPICE, CHILI POWDER, CUT CINNAMON AS A SPICE, GROUND CARRIANDER AS A SPICE, GOL GAVZABAN (EDIBLE PROCESSED FLOWERS USED AS A SPICE), ROCK CANDY, TORSHI LITTEH (HERB VINEGAR), BASMATI RICE, BASMATI RICE MAHARAJ, PICKLED RELISH, SEKANJEBIN (TABLE SYRUP), in CLASS 30 (U.S. Cl. 46).

First use Jul. 1982; in commerce Aug. 1982.

The English translation of the word "Sadaf" in the mark is "Shell".

Ser. No. 465,781, filed Feb. 15, 1984.

CHERYL M. FRIEDMAN, Examiner

Exhibit 1
page 11