# EXHIBIT 2

# TO COMPLAINT

| | |
|---|---|
| **To:** | VITAPLUS US INC. (bhardwajsa@cs.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86520886 - SADAF SHAHI - SBT-VITA-001 |
| **Sent:** | 5/12/2015 12:06:48 PM |
| **Sent As:** | ECOM109@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 86520886

**MARK:** SADAF SHAHI

**CORRESPONDENT ADDRESS:**
  SANJAY BHARDWAJ
  LAW OFFICES OF SANJAY BHARDWAJ
  44663 JAPALA PL
  FREMONT, CA 94539-6665

**\*86520886\***

**CLICK HERE TO RESPOND TO THIS** ]
http://www.uspto.gov/trademarks/teas/response_

VIEW YOUR APPLICATION FILE

**APPLICANT:** VITAPLUS US INC.

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
  SBT-VITA-001
**CORRESPONDENT E-MAIL ADDRESS:**
  bhardwajsa@cs.com

# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO

*Exhibit 2 page 1*

MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 5/12/2015**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues**:

- Section 2(d) refusal
- Requirement for additional translation

### SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark **SADAF SHAHI** (in standard character format) is refused because of a likelihood of confusion with the marks **SADAF** (in typed form) and **SADAF and shell design** in U.S. Registration Nos. 1323540, 1324860 and 2930155. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the enclosed registrations.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant. *See* 15 U.S.C. §1052(d). A determination of likelihood of confusion under Section 2(d) is made on a case-by case basis and the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) aid in this determination. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)). Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at 1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity and nature of the goods and/or services, and similarity of the trade channels of the goods and/or services. *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

*Comparison of Marks*

The applied-for mark is SADAF SHAHI (in standard character format). The cited marks are **SADAF** (in typed form) [Reg. Nos. 1323540 and 1324860] and **SADAF and shell design** [Reg. No. 2930155].[1]

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee*

Exhibit 2 page 2

*En 1772*, 396 F. 3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re 1st USA Realty Prof'ls, Inc.*, 84 USPQ2d 1581, 1586 (TTAB 2007)); TMEP §1207.01(b).

When comparing marks, the test is not whether the marks can be distinguished in a side-by-side comparison, but rather whether the marks are sufficiently similar in terms of their overall commercial impression that confusion as to the source of the goods and/or services offered under the respective marks is likely to result. *Midwestern Pet Foods, Inc. v. Societe des Produits Nestle S.A.*, 685 F.3d 1046, 1053, 103 USPQ2d 1435, 1440 (Fed. Cir. 2012); *In re Davia*, 110 USPQ2d 1810, 1813 (TTAB 2014); TMEP §1207.01(b). The proper focus is on the recollection of the average purchaser, who retains a general rather than specific impression of trademarks. *United Global Media Grp., Inc. v. Tseng*, 112 USPQ2d 1039, 1049, (TTAB 2014); *L'Oreal S.A. v. Marcon*, 102 USPQ2d 1434, 1438 (TTAB 2012); TMEP §1207.01(b).

While the marks are not identical, they share the term SADAF. Marks may be confusingly similar in appearance where similar terms or phrases or similar parts of terms or phrases appear in the compared marks and create a similar overall commercial impression. *See Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce*, 228 USPQ 689, 690-91 (TTAB 1986), *aff'd sub nom. Canadian Imperial Bank of Commerce v. Wells Fargo Bank, Nat'l Ass'n*, 811 F.2d 1490, 1495, 1 USPQ2d 1813, 1817 (Fed. Cir. 1987) (finding COMMCASH and COMMUNICASH confusingly similar); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (finding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (finding MILTRON and MILLTRONICS confusingly similar); TMEP §1207.01(b)(ii)-(iii).

Furthermore, to the extent the design component of Reg. No. 2930155 is a shell, which is the translation for the term SADAF, the design merely serves to reinforce the translated term and enhance the likelihood of confusion.

*Comparison of Goods*

The goods and/or services of the parties need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000) ("[E]ven if the goods in question are different from, and thus not related to, one another in kind, the same goods can be related in the mind of the consuming public as to the origin of the goods."); TMEP §1207.01(a)(i).

The respective goods and/or services need only be "related in some manner and/or if the circumstances surrounding their marketing [be] such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The applicant seeks registration of SADAF SHAHI for "Enriched rice; Rice."

The cited marks are registered for a variety of foods including rice.

Exhibit 2 page 3

As such, the applicant's goods are the same as registrant's goods.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

Given the described similarities between marks and goods/services, confusion is likely and registration must be refused.

Although applicant's mark has been refused registration, applicant may respond to the refusal by submitting evidence and arguments in support of registration.

If applicant responds to the refusal, applicant must also respond to the requirement set forth below.

## Additional Translation Statement

Applicant must submit an English translation of the *entire* mark. 37 C.F.R. §2.32(a)(9); TMEP §809. While applicant has submitted a translation of the term "SADAF," the term "SHAHI" also seems to require translation.

The following amended translation statement is suggested:

**The English translation of "SADAF SHAHI" is "<SPECIFY, e.g., ROYAL, REGAL or IMPERIAL SHELL>".**

TMEP §809.03. See attached translation evidence.


**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

Exhibit 2 page 4

/Heather D. Thompson/
Trademark Examining Attorney
Law Office 109
Telephone: 571.272.9287
Email: heather.thompson1@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

---

[1] The owner of all three cited marks is Soofer Company, Inc. of Los Angeles, CA.

Exhibit 2
page 5

Print: May 8, 2015                                73465781

**DESIGN MARK**

**Serial Number**
73465781

**Status**
REGISTERED AND RENEWED

**Word Mark**
SADAF

**Standard Character Mark**
No

**Registration Number**
1323540

**Date Registered**
1985/03/05

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Soofer Co. Inc. CORPORATION CALIFORNIA 2828 South Alameda Street Los Angeles CALIFORNIA 90058

**Goods/Services**
Class Status -- ACTIVE. IC 030. US 046. G & S: Green Cardamom as a Spice, Bleached Cardamom as a Spice, Savory Leaves as a Spice, Chia (Tea), Marjoram as a Spice, Processed Grains, Basil Leaves as a Spice, Bay Leaves as a Spice, Barley, Cilantro Leaves as a Spice, Reshteh (Pasta), Tarragon Leaves as a Spice, Rice, Spices, Tea, Flour, Herbs Advieh (Herb-Mix), Ground Cardamon as a Spice, Chick Peas Flour, Cinnamon Powder, Whole Cloves, Ground Cumin as a Spice, Curry Powder, Dill Weed as a Spice, Granulated Garlic as a Spice, Sour Grape Powder, Ground Lemon Omani as a Spice, Extra Large Lemon Omani as a Spice, Mint Cut Leaves as a Spice, Granulated Onion as a Spice, Parsley Flakes, Whole or Ground Black Pepper, Rice Flour, Ghormeh Sabzi (Herb Mix), Saffron, Diced Onion as a Spice, Turmeric Powder, Allspice, Chili Powder, Cut Cinnamon as a Spice, Ground Carriander as a Spice, Gol Gavzaban (Edible Processed Flowers Used as a Spice), Rock Candy, Torshi Litteh (Herb Vinegar), Basmati Rice, Basmati Rice Maharaj, Pickled Relish, Sekanjebin (Table Syrup). First Use: 1982/07/00. First Use In Commerce: 1982/08/00.

Exhibit 2
page 6

Print: May 8, 2015                             73465781

### Goods/Services
Class Status -- ACTIVE. IC 029. US 046. G & S: Processed Mung Beans, Golden Prunes, Dried Leeks, Processed Sumac Seeds, Pickled Onions, Pickled Garlic, Processed Seeds, Dried Fruits, Processed Caraway Seed, Processed Corriander Seed, Processed Chamomile Flower, Processed Cumin Seeds, Fenugreek Leaves, Chick Peas, Processed Poppy Seeds, Processed Sesame Seeds, Annab/Dranian (Dried Prunes/Dried Dates), Zereshk Dranian (Raisins), Khak Shir Sela/Iranian (Processed Seed), Processed Sonbal Tib Root, Processed Squash Seed, Processed Pumpkin Seed, Roasted Sunflower Seed, Processed Black Melon Seed, Processed Melon Seed, Processed Red Melon Seed, Processed Fava Beans, Processed Red Lentils, Roasted Pistachio, Dried Black Cherry, Dried Apricot/Turkish, Processed Edible Vegetable Seeds, Torshi Eggplant, Processed Yellow Split Peas. First Use: 1982/07/00. First Use In Commerce: 1982/08/00.

### Translation Statement
The English translation of the word "Sadaf" in the mark is "Shell".

### Filing Date
1984/02/15

### Examining Attorney
UNKNOWN

### Attorney of Record
LEWIS ANTEN

Exhibit 2
page 7

Print: May 8, 2015                                     73465783

**DESIGN MARK**

**Serial Number**
73465783

**Status**
REGISTERED AND RENEWED

**Word Mark**
SADAF

**Standard Character Mark**
No

**Registration Number**
1324860

**Date Registered**
1985/03/12

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Soofer Co. Inc. CORPORATION CALIFORNIA 2828 South Alameda Street Los Angeles CALIFORNIA 90058

**Goods/Services**
Class Status -- ACTIVE. IC 030. US 046. G & S: Green Cardamom as a Spice, Bleached Cardamom as a Spice, Savory Leaves as a Spice, Chia (Tea), Marjoram as a Spice, Processed Grains, Basil Leaves as a Spice, Bay Leaves as a Spice, Barley, Cilantro Leaves as a Splice, Reshteh (Pasta), Tarragon Leaves as a Spice, Rice, Spices, Tea, Flour, Herbs Advieh (Herb-Mix), Ground Cardamon as a Spice, Chick Peas Flour, Cinnamon Powder, Whole Cloves, Ground Cumin as a Spice, Curry Powder, Dill Weed as a Spice, Granulated Garlic as a Spice, Sour Grape Powder, Ground Lemon Omani as a Spice, Extra Large Lemon Omani as a Spice, Mint Cut Leaves as a Spice, Granulated Onion as a Spice, Parley Flakes, Whole or Ground Black Pepper, Rice Flour, Ghormeh Sabzi (Herb Mix), Saffron, Diced Onion as a Spice, Turmeric Powder, Allspice, Chili Powder, Cut Cinnamon as a Spice, Ground Carriander as a Spice, Gol Gavzaban (Edible Processed Flowers Used as a Spice), Rock Candy, Torshi Litteh (Herb Vinegar), Basmati Rice, Basmati Rice Maharaj, Pickled Relish, Sekanjebin (Table Syrup). First Use: 1982/07/18. First Use In Commerce: 1982/08/00.

Exhibit 2
page 8

**Print: May 8, 2015**                                73465783

### Goods/Services
Class Status -- ACTIVE.  IC 029.  US 046.  G & S: Processed Mung Beans, Golden Prunes, Dried Leeks, Processed Sumac Seeds, Pickled Onions, Pickled Garlic, Processed Seeds, Dried Fruits, Processed Caraway Seed, Processed Corriander Seed, Processed Chamomile Flower, Processed Cumin Seeds, Fenugreek Leaves, Chick Peas, Processed Poppy Seeds, Processed Sesame Seeds, Annab/Dranian (Dried Prunes/Dried Dates), Zereshk Dranian (Raisins), Khak Shir Sela/Iranian (Processed Seed), Processed Sonbal Tib Root, Processed Squash Seed, Processed Pumpkin Seed, Roasted Sunflower Seed, Processed Black Melon Seed, Processed Melon Seed, Processed Red Melon Seed, Processed Fava Beans, Processed Red Lentils, Roasted Pistachio, Dried Black Cherry, Dried Apricot/Turkish, Processed Edible Vegetable Seeds, Torshi Eggplant, Processed Yellow Split Peas.  First Use: 1982/07/00.  First Use In Commerce: 1982/08/00.

### Translation Statement
The word "Sadaf" translates as "shell".

### Filing Date
1984/02/15

### Examining Attorney
UNKNOWN

### Attorney of Record
Lewis Anten

Exhibit 2 page 9



Exhibit 2
page 10

Print: May 8, 2015                                        76531041

**DESIGN MARK**

**Serial Number**
76531041

**Status**
REGISTERED AND RENEWED

**Word Mark**
SADAF

**Standard Character Mark**
No

**Registration Number**
2930155

**Date Registered**
2005/03/08

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Soofer Company, Inc. CORPORATION CALIFORNIA 2828 South Alameda Street Los Angeles CALIFORNIA 90058

**Goods/Services**
Class Status -- ACTIVE. IC 029. US 046. G & S: processed hummus; processed falafel; processed tabouli; tahini; extra virgin olive oil; pomace olive oil; corn oil; canola oil; sunflower oil; grape seed oil; processed strawberry, blackberry, apricot, mango, papaya, kiwi, guava, sour cherry, orange, blueberry, quince, fig, carrot, pergamot, and cornelian cherry jams and spreads; tomato paste; lavashak, namely, fruit layers; cheese; processed olives; processed cucumber in brain; processed cucumber in vinegar; creamy eggplant in herbs and spices; processed torshi hafibijar, namely, seven vegetable pickles; processed torshi sunchoke, namely, processed pickles sunchoke; processed torshi mosir, namely, processed pickles mosir; processed torshi hot pepper, namely, processed hot pepper pickles; grape leaves in brain; fried onion; processed yogurt with spinach; processed yogurt with shallot; processed yogurt withcucumbers; processed khoresht karafs, namely, celery stew; processed khoresht ghormeh sabzi, namely, herb stew; processed khoresht gheimeh, namely, split pea soup; processed khoresht fesenjan, namely, walnut stew; ash mast, namely, yogurt soup; ashjoe,

Exhibit 2
page 11

**Print: May 8, 2015**                              **76531041**

namely, barley soup; ash reshteh, namely, noodle soup; ash anar, namely, pomegranate soup; grape leaves; and kishk, namely whey; processed walnuts; processed almonds; processed corn kernels; sarshir, namely, cream; and yogurt drink. First Use: 1986/02/00. First Use In Commerce: 1986/02/00.

**Goods/Services**
Class Status -- ACTIVE. IC 030. US 046. G & S: red wine vinegar; white wine vinegar; apple cider vinegar; distilled vinegar; balsamic vinegar; vanilla and pistachio halvah; flavored rices, namely, processed aromatic rice, processed sweet rice, and processed wild west flavored rice; basmati rice; processed rice noodle and raisin; pomegranate molasses; honey; lavash, namely, bread; samanou, namely, processed wheat germ; kharoset spice; chicken seasoning; fish seasoning; ground meat seasoning; italian seasoning; provence herbs seasoning; mediterranean seasoning; salt; sugar; sesame candy; cookies; wafers; biscuits; petit biscuits; dried herbs for stew; bulgur; special blend tea; and wheat starch. First Use: 1986/02/00. First Use In Commerce: 1986/02/00.

**Goods/Services**
Class Status -- ACTIVE. IC 031. US 001 046. G & S: raw walnuts; raw almonds; raw corn kernels; raw olives; and barley. First Use: 1989/01/00. First Use In Commerce: 1989/01/00.

**Goods/Services**
Class Status -- ACTIVE. IC 032. US 045 046 048. G & S: rose water for drinking; lime juice; lemon juice; mint water; orange blossom water; sour grape juice; and pomagranate juice. First Use: 1988/01/00. First Use In Commerce: 1988/01/00.

**Prior Registration(s)**
1323540;1324860

**Translation Statement**
The English translation of the wording "sadaf" is "shell".

**Filing Date**
2003/07/21

**Examining Attorney**
MCMORROW,JANICE L.

**Attorney of Record**
Amanda Soofer

Exhibit 2 page 12

# SADAF

Exhibit 2
page 13

http://dict.hinkhoj.com/words/meaning-of-%E0%A4%B6%E0%A4%BE%E0%A4%B9%E0%A5%80-in-english.html
05/11/2015 03:05:21 PM

**HinKhoj Dictionary App**

HINKHOJ DICTIONARY APP:
- Android App
- Iphone App
- Windows Phone App
- Windows 8 App

**शाही MEANING IN ENGLISH - EXACT MATCHES**

शाही

शाही {shahi} = IMPERIAL (Noun)
+25   -8

शाही {shahi} = REGAL (Adjective)
+12   -4

**Advertisements**

RelateIQ - CRM Platform
relateiq.com/CRM/Free-Trial
Your Team Interactions in One Place. Start Your Free 30 Day Trial Today!

शाही {shahi} = ROYAL (Adjective)
Usage: He belongs to a royal family.
Her uncle had a royal visit to America.
His father is a member of royal society of arts.

**ADVERTISEMENTS**

Dictionary Free Download
dictionaryboss.com
Word Definitions, Translate & More. Download Dictionary Boss Today!

Check Public Records
InstantCheckmate.com/PublicRecords
Search Free. Get Instant Results. As Seen In The News. Try Now.

**DISCUSS शाही MEANING**

Add a comment...

Hira Chandola · Works at Kisl
this is Hira Chandola
Reply · Like · April 9, 2014 at 1:17pm

Facebook social plugin

**WORD OF THE DAY**

Word Of Day RSS Feed
citation - Word of day
May 11, 2015

Exhibit 2
page 14

http://dict.hinkhoj.com/words/meaning-of-%E0%A4%B6%E0%A4%BE%E0%A4%B9%E0%A5%80-in-english.html
05/11/2015 03:05:21 PM

King of jorden got a royal welcome when he came to India.
+7        -1

शाही {shahi} = PRINCELY (Adjective)
+4        -2

शाही {shahi} = KINGLY (Adjective)
+2        -1

शाही {shahi} = DELUXE (Adjective)
Usage: The actress looked the room in a deluxe hotel.
The prices of the delux car are higher than the ordinary one.
+1        0

OTHER RELATED WORDS

शाही जीरा {shahi jira} = BLACK CUMIN (Noun)
+2        -1

शाही आभूषण {shahi AbhuShaN} = CROWN JEWELS (Noun)
+1        0

शाही भत्ता {shahi bhatta} = THE PRIVY PURSE (Noun)
0        0

शाही ढंग से {shahi Dhanag se} = ROYALLY (Adverb)
Usage: they were royally treated
+2        0

शाही ढंग से {shahi Dhanag se} = IMPERIALLY (Adverb)
Usage: imperially decreed
+2        -1

Exhibit 2
page 15

http://dict.hinkhoj.com/words/meaning-of-%E0%A4%B6%E0%A4%BE%E0%A4%B9%E0%A5%80-in-english.html
05/11/2015 03:05:21 PM

शाही नौसेना (shahi nausena) = RN (Verb) 🔊

शाही नौसेना (shahi nausena) = RM (Verb) 🔊

शाही/प्रतापी (shahi/pratapi) = IMPERIAL (Noun) 🔊
Usage: The Imperial army suppressed the rebellion.

शाही खानदान का (shahi khanadan ka) = OF THE BLOOD (Noun) 🔊

शाही खानदान का व्यक्ति (shahi khanadan ka vyakti) = ROYAL (Noun) 🔊
Usage: The young royals enjoy life.

शाही राष्ट्रीय जीवननौका संस्था (shahi raShTriy jivananauka sanastha) = RNLI (Noun) 🔊

**DEFINITION OF शाही**

- वि॰ [फा॰] १. शाह का २. शाह द्वारा रखाया हुआ. ३. शाही का सा. ४. राजसी। स्त्री॰ १. बादशाह का शासन अथवा राज्य काल। २. किसी प्रकार का आधिकारिक प्रकार, व्यवहार या स्वरूप जैसे—नादिरशाही, नौकरशाही
  (Source: Pustak.org)

**RELATED SIMILAR WORDS:**

[हिमालय पुत्र] [एक हजार पौंड] [एक हजार मील] [दीनतामद] [क्षमाशील] [यहाँ नियन्ता]

See Full List>>

Exhibit 2
page 16

http://dict.hinkhoj.com/words/meaning-of-%E0%A4%B6%E0%A4%BE%E0%A4%B9%E0%A5%80-in-english.html
05/11/2015 03:05:21 PM

हिंखोज के प्रशंसक बने गूगल और फेसबुक पर ..

g+1  2.0k    Like  65,574 people like this. Sign Up to see what your friends like.

INFORMATION PROVIDED ABOUT शाही ( SHAHI ):

शाही (Shahi) meaning in English :

Get detailed meaning of Shahi in English language.This page shows शाही meaning in English along with definition,translation and usage.This page provides translation and definition of Shahi in English language along with grammar, synonyms and antonyms.
Answer of question : what is meaning of Shahi in English dictionary? शाही (Shahi) ka matalab Angrezi me janiye ( शाही का अंग्रेजी में मतलब ).

Tags: English meaning of शाही , शाही meaning in english, शाही translation and definition in English.
English meaning of Shahi , Shahi meaning in english, Shahi translation and definition in English language.

डिक्शनरी प्रयोग - आधार द्वारा

EXPLORE HINKHOJ HINDI DICTIONARY

| DICTIONARY TYPE | Hindi to English | English to Hindi |
| MOBILE & TABLET | Android | iPhone | Windows Phone | Windows 8 |
| DICTIONARY TOOLS | Spell Checker | Synonym words | Antonym Words |

HINKHOJ DICTIONARY WAS LAST UPDATED ON 25 MARCH 2015

Sponsored : Malvidya

Career   Terms of Use   Disclaimer   Privacy Policy   Blog   Contact us

Exhibit 2
page 17

| | |
|---|---|
| **To:** | VITAPLUS US INC. (bhardwajsa@cs.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86520886 - SADAF SHAHI - SBT-VITA-001 |
| **Sent:** | 5/12/2015 12:06:49 PM |
| **Sent As:** | ECOM109@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

**IMPORTANT NOTICE REGARDING YOUR
U.S. TRADEMARK APPLICATION**

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **5/12/2015** FOR U.S. APPLICATION SERIAL NO. 86520886

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **5/12/2015** *(or sooner if specified in the Office action)*. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

**WARNING**

**Failure to file the required response by the applicable response deadline will result in the**



Exhibit 2
page 18

**ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

Exhibit 2
page 19