# EXHIBIT 3

# TO COMPLAINT



Exhibit 3
page 1